TAM:BB:mmz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 06-354 |
| | ) | |
| v. | ) | (Judge          ) |
| | ) | |
| THOMAS P. OBZUT, | ) | |
| Defendant | ) | |

**INDICTMENT**

FILED
HARRISBURG, PA
OCT 18 2006
MARY E. D'AN[...]
Per _____
Deputy Clerk

**THE GRAND JURY CHARGES THAT:**

## COUNT I

1. From on or about June 2003 until on or about November 2004, in the Middle District of Pennsylvania, the defendant,

**THOMAS P. OBZUT**

while an officer of a labor organization engaged in an industry affecting commerce, that is, Secretary-Treasurer of the Graphics Communication International Union (GCIU) Local 735S, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys and funds of said labor organization in the approximate amount of $21,099.17.

2. Specifically, the defendant (1) issued union checks totaling approximately $10,813.60 to himself and his credit card company that he was not authorized to issue; and (2) issued union checks totaling approximately $14,612.47 to himself purportedly to reimburse himself for lost time conducting union business when in truth and in fact, he

was only entitled to receive approximately $4,326.90 in lost time payments thereby receiving approximately $10,285.57 in excess payments which he was not authorized to receive.

In violation of Title 29, United States Code, Section 501(c).

**THE GRAND JURY FURTHER CHARGES THAT:**

## COUNT II

1. At all times material to this indictment, the Graphic Communication International Union (GCIU) Local 735S, was a labor organization engaged in an industry affecting commerce.

2. On or about June 17, 2003, in the Middle District of Pennsylvania, the defendant,

**THOMAS P. OBZUT**

did willfully make a false and material entry in a record required to be kept by Title 29, United States Code, Section 436 regarding a matter which was required to be reported in the annual financial report and filed with the Secretary of Labor, that is the GCIU Local 735S disbursements journal.

3. Specifically, the aforementioned disbursements journal indicated that GCIU Local 735S check number 342 in the amount of $4,313.60 was issued to Ira Weinstock, who was the union's lawyer, when in truth and in fact, check number 342 was issued to Bankcard Services, to pay Thomas P. Obzut's personal Visa credit card bill.

In violation of Title 29, United States Code, Section 439(c).

3

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT III

1. At all times material to this indictment, the Graphic Communication International Union (GCIU) Local 735S was a labor organization engaged in an industry affecting commerce.

2. On or about November 17, 2003, in the Middle District of Pennsylvania, the defendant,

### THOMAS P. OBZUT

did willfully make a false and material entry in a record required to be kept by Title 29, United States Code, Section 436 regarding a matter which was required to be reported in the annual financial report and filed with the Secretary of Labor, that is the GCIU Local 735S disbursements journal.

3. Specifically, the aforementioned disbursements journal indicated that GCIU Local 735S check number 470 in the amount of $4,000 was issued to Ira Weinstock, the

union's lawyer, when in truth and in fact, check number 470 was issued to Thomas P. Obzut.

In violation of Title 29, United States Code, Section 439(c).

A TRUE BILL

_____
FOREPERSON

10/18/06
_____
DATE

_____
THOMAS A. MARINO
UNITED STATES ATTORNEY